IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00357-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEROY GILBERT ARRELLANO,

    Defendant.

---

## ORDER RESETTING HEARING ON DEFENDANT'S SECOND MOTION TO REVIEW DETENTION

---

    Due to a Court error, the hearing on Defendant's Second Motion to Review Ruling of the Court of September 15, 2005 Denying Defendant's Motion to Reconsider Pre-Trial Release Detention **(46)** set for Monday, December 12, 2005, at 3:45 p.m. is reset to **Wednesday, December 14, 2005 at 2:30 p.m.**  It is further

    ORDERED that the original Order Setting Hearing on Defendant Second Motion to Review Detention shall be attached to this order.

    DATED: December 12, 2005

                                                    BY THE COURT:

                                                    *s/Phillip S. Figa*

                                                    _____
                                                    Phillip S. Figa
                                                    United States District Judge