IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00357-F

UNITED STATES OF AMERICA,

      Plaintiff,

v.

LEROY GILBERT ARRELLANO,

      Defendant.

---

## ORDER TO RESET SENTENCING HEARING

---

This matter is before the Court *sua sponte*.  The sentencing set for January 30, 2006 at 8:30 a.m. is RESET to January 30, 2006 **at 1:30 p.m.**

      DATED: January 26, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge