IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-cr-00357-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEROY GILBERT ARRELLANO,

    Defendant.

## ORDER TO SET MOTION HEARING

This matter is before the Court on Defendant Arrellano's counsel's Motion for Authorization for Payment of Excess Attorney Fees (Dkt. # 62).  It is ORDERED that a hearing concerning the issues set forth in said application has been SET for **Monday, September 11, 2006 at 1:30 p.m.**  Only defense counsel, Marc Milavitz, need attend this hearing.

    DATED: August 30, 2006

                                        BY THE COURT:

                                        *s/ Phillip S. Figa*
                                        _____
                                        Phillip S. Figa
                                        United States District Judge