IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **05-cr-357-JLK**

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**LEROY GILBERT ARELLANO,**

        Defendant.

---

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

Kane, J.

        Upon petition of the United States and for good cause shown,

        IT IS HEREBY ORDERED, that the Clerk of the Court issue the said writ to the United States Marshal's Service requiring said United States Marshal to produce LEROY GILBERT ARELLANO, a.k.a. Leroy Arellano, D.O.B. 1987, Booking No. 0812341, before United States District Court Judge John L. Kane, on March 5, 2009 at 10:00 a.m., for sentencing proceedings and appearances upon the charge set forth in the Petition on Supervised Release and to hold him at all times in his custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution wherein he is now confined.

        Dated: January 22, 2009

                                    BY THE COURT:

                                    ***S/John L. Kane***
                                    John L. Kane, Senior Judge
                                    United States District Court