IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 05-cr-00357-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEROY GILBERT ARELLANO

    Defendant.

---

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

Upon petition of the United States and for good cause shown,

IT IS HEREBY ORDERED, that the Clerk of the Court issue the said writ to the United States Marshal's Service requiring said United States Marshal to produce LEROY GILBERT ARELLANO, a.k.a. Leroy Arellano, D.O.B. 1987, Booking No. 0812341, before United States District Court Judge John L. Kane, on April 3, 2009 at 9:00 a.m., for sentencing proceedings and appearances upon the charge set forth in the Petition on Supervised Release and to hold him at all times in his custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution wherein he is now confined.

SO ORDERED this 6th day of _March, 2009.

                                                *S/John L. Kane*
                                                JUDGE JOHN L. KANE
                                                UNITED STATES DISTRICT COURT
                                                DISTRICT OF COLORADO