IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **05-cr-357-JLK**

**UNITED STATES OF AMERICA**,

        Plaintiff,

v.

**LEROY GILBERT ARELLANO,**

        Defendant.

**MINUTE ORDER**
*(changing time of Hearing)*

Judge John L. Kane **ORDERS**

    The time of the Sentencing Hearing, scheduled for April 3, 2009 is changed from 9:00 a.m. to **9:30 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated: March 27, 2009